No. 86–521. DiSalvo v. United States, *ante*, p. 985;

No. 86–586. Hudson v. Edgett et al., *ante*, p. 979;

No. 86–610. Breaux, Attorney for Boswell v. Allied Bank of Texas, *ante*, p. 1002;

No. 86–5642. Petersen v. Atlantic Gulf & Pacific Co. et al., *ante*, p. 980;

No. 86–5696. Pannacci v. Thorp Consumer Discount Co., *ante*, p. 1010;

No. 86–5710. Ashley v. Armstrong, Controller of the Colorado Department of Labor, et al., *ante*, p. 1011; and

No. 86–5755. Sykes v. Van de Water et al., *ante*, p. 1020. Petitions for rehearing denied.

No. 86–5062. Bennett v. Charles et al., *ante*, p. 858. Petition for rehearing denied. Justice Scalia took no part in the consideration or decision of this petition.

JANUARY 30, 1987

No. A–552. Lovelace, Next Friend of Hernandez v. Lynaugh, Interim Director, Texas Department of Corrections. Application for stay of execution of sentence of death, presented to Justice Marshall, and by him referred to the Court, denied. Justice Brennan and Justice Marshall would grant the application. Justice White and Justice Stevens took no part in the consideration or decision of this application.

FEBRUARY 10, 1987

No. A–565 (86–6300). Johnson v. Lynaugh, Interim Director, Texas Department of Corrections. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to Justice White, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. The Chief Jus-